**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JACOB PAUL HOFFMAN, | Case No.: 3:25-cv-00487-MMD-CSD |
| Plaintiff | **Report & Recommendation of United States Magistrate Judge** |
| v. | |
| LYON COUNTY SHERIFF'S OFFICE, et al., | |
| Defendants | |

This Report and Recommendation is made to the Honorable Miranda M. Du, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

Plaintiff filed an application to proceed *in forma pauperis* (IFP) and pro se complaint. (ECF Nos. 1, 1-1.) On September 19, 2025, the undersigned issued an order granting the IFP application and screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e). Plaintiff's complaint named the Lyon County Sheriff's Office, Deputy Ziganfuss, Sergeant Hawley and Detective Baugtte, and asserted claims for violation of his Fourth Amendment rights in connection with a traffic stop as well as a claim for conspiracy to violate his Fourth Amendment rights. The court advised Plaintiff that the Lyon County Sheriff's Office is not a proper defendant, and while Lyon County may be, Plaintiff must include sufficient allegations to proceed against a municipal defendant. In addition, the complaint failed to allege what each individual defendant did to violate his Fourth Amendment rights, and failed to adequately allege facts demonstrating a conspiracy. As such, Plaintiff's complaint was dismissed, but Plaintiff was given 30-days leave to amend to correct the noted deficiencies. (ECF No. 3.)

To date, Plaintiff has not filed an amended complaint. Therefore, it is recommended that Plaintiff's action be dismissed. In an abundance of caution, the dismissal should be without prejudice, but this case should be administratively closed.

**RECOMMENDATION**

IT IS HEREBY RECOMMENDED that the District Judge enter an order **DISMISSING** this action **WITHOUT PREJUDICE** and administratively closing this case.

The Plaintiff should be aware of the following:

1. That he may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge. Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: January 13, 2026

_____
Craig S. Denney
United States Magistrate Judge

2