UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JACOB PAUL HOFFMAN, | Case No. 3:25-cv-00487-MMD-CSD |
| Plaintiff, | ORDER |
| v. | |
| LYON COUNTY SHERIFF OFFICE, *et al.*, | |
| Defendants. | |

Pro se Plaintiff Jacob Paul Hoffman brings this action asserting violations of his Fourth Amendment rights and conspiracy to violate his Fourth Amendment rights arising from a traffic stop. (ECF No. 1-1 ("Complaint").) Before the Court is the Report and Recommendation (ECF No. 5 ("R&R")) of United States Magistrate Judge Craig S. Denney, recommending that the Court enter an order dismissing this action without prejudice and administratively closing this case. Plaintiff had until January 27, 2026 to object to the R&R. To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). In the R&R, Judge Denney recommends dismissing this action without prejudice and administratively closing the case because the Court dismissed Plaintiff's Complaint and granted 30 days of leave to amend the noted deficiencies, and to date, Plaintiff has not filed an amended complaint.

The Court will adopt Judge Denney's R&R in full.

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 5) is accepted and adopted in full.

It is further ordered that this action is dismissed without prejudice.

The Clerk of Court is directed to close this case.

DATED THIS 2nd Day of February 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2